**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **SKILLSTORM, INC.,** | * |
| Plaintiff, | * |
| v. | *  Case No.: RWT 09cv2049 |
| **INGENIUM CORPORATION,** | * |
| Defendant. | * |

## MEMORANDUM OPINION AND ORDER

Plaintiff Skillstorm, Inc. filed a consent motion requesting that the Court enter an Order to stay the proceedings in this matter until all payments are made pursuant to the terms of the Settlement Agreement. See Paper No. 20.

Having granted the Consent Motion To Stay Proceedings [Paper No. 20], it is on this 1st day of April, 2010, by the United States District Court for the District of Maryland,

**ORDERED**, that the Clerk of the Court administratively close this case subject to reopening if the settlement agreement is not effectuated.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE